UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  18-21486
Darrell Lavan Glover, Sr,  )
)   Chapter:  7
)
)   Honorable Timothy Barnes
)
)
Debtor(s)  )

**ORDER GRANTING MOTION TO DISMISS CHAPTER 7 CASE**

This matter coming to be heard on the Motion of the United States Trustee to dismiss the Chapter 7 case of Darrell Lavan Glover, Sr., with a 180-day bar to refiling pursuant to 11 U.S.C. §§ 707(a)(1) and 109(g); due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. This Chapter 7 case is dismissed, pursuant to 11 U.S.C. § 707(a)(3).

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  October 03, 2018

**Prepared by:**

Kathryn Gleason
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, IL 60604
(312) 886-3327